**Order entered September 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00707-CV

**CARISSA TARVER, Appellant**

**V.**

**4441 ALMA ROAD, LLC D/B/A CUBESMART 5408 AND GAYLA
GUNDERSON, Appellees**

**On Appeal from the 471st Judicial District Court
Collin County, Texas
Trial Court Cause No. 471-02271-2019**

**ORDER**

Before the Court are appellant's (1) motion for extension of time to file her opening briefs and (2) motion to supplement the clerk's record with appellee 4441 Alma Road, LLC d/b/a Cubesmart 5408's motion for summary judgment and exhibit to the motion. We **GRANT** the motions.

We **ORDER** the opening briefs received September 21, 2020 filed as of the date of this order. We further **ORDER** Collin County District Clerk Lynne Finley to file, no later than October 5, 2020, a supplemental clerk's record containing a

copy of 4441 Alma Road's motion for summary judgment and exhibit, filed May 20, 2020. If any portion of the motion and/or exhibit cannot be located, Ms. Finley shall state so in writing.

Appellant may file any amended opening briefs citing to the supplemental clerk's record within fifteen days of the filing of the supplemental record. Appellees' responsive brief shall be filed no later than November 20, 2020.

/s/    BILL WHITEHILL
         JUSTICE